IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

MITCHELL FANNIN AND
CHRIS YOUNG,

     Plaintiffs,

vs.

AMBASSADOR PERSONNEL, INC.

     Defendant.

CIVIL ACTION FILE NUMBER:
3:15-CV-70-TCB

## STIPULATED APPROVAL OF SETTLEMENT
## AND ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Petition for Review and Approval of Settlement and Order of Dismissal with Prejudice, and for good cause shown, the Court determines that the settlement proposed by Defendant Ambassador and Plaintiffs, Mitchell Fannin and Christopher Young, is a fair and reasonable resolution of a bona fide dispute between the parties over the Fair Labor Standards Act's provisions as they apply to the Plaintiffs. The Court, therefore, approves the settlement embodied in the Settlement Agreement and General Release for Mitchell Fannin and the Settlement Agreement and General Release for Christopher Lea Young (collectively "the Agreements"), a copy of which have been reviewed.   Pursuant to the terms of the Agreements, the above-captioned

action is DISMISSED WITH PREJUDICE, with each party bearing its own costs

and attorneys' fees, except as otherwise provided in the Agreements.

SO ORDERED this 19th day of _October_, 2015.

_____
Honorable Timothy C. Batten, Sr.
United States District Court Judge
Northern District of Georgia

CONSENTED TO AND APPROVED BY:

/s/ Douglas R. Kertscher          /s/ C. Jason Willcox
**DOUGLAS R. KERTSCHER,**         **C. JASON WILLCOX**
Ga. Bar No.: 416265               Ga Bar No.: 760322
Hill, Kertscher & Wharton, LLP    Moore Clarke DuVall & Rodgers, P.C.
3350 Riverwood Pkwy, Ste.800      2829 Old Dawson Road
Atlanta, Georgia 30339            Albany, Georgia 31707
T: (770) 953-0995                 T: (229) 888-3338
F: (770) 953-1358                 F: (229) 888-1191
E: drk@hkwww-law.com              E: jwillcox@mcdr-law.com
*Attorneys for Plaintiffs*        *Attorneys for Defendant Ambassador*

PREPARED BY:

/s/ C. Jason Willcox
**C. JASON WILLCOX**, Ga. Bar No.: 760322
MOORE CLARKE DuVALL & RODGERS, P.C.
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
T: (229) 888-3338
F: (229) 888-1191
E: jwillcox@mcdr-law.com